June 23, 2021                               Docket #20-12695-AET-LHG

To the Honorable Judge Goodman and the Honorable Judge Thompson,

    I am here writing this letter to inform you that I would like to dismiss my case against Hunterdon Medical Center. I wish at this time not to proceed with this case. I recently had back surgery and have been quite a bit of pain over the past few weeks. I also have no mode of transportation as I was in a bad accident back at the end of may. I hope that this request can be granted and we can all move on from this. I wish for everyone to stay safe and healthy during these times.

Thank you,

*[signature]*   6/23/21

Theresa A Lustgarten

RECEIVED

JUN 2 5 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

It is so ordered this 30th day of June, 2021

*[signature]*
Anne E. Thompson, U.S.D.J.